1  MICHELE BECKWITH
   Acting United States Attorney
2  NICOLE VANEK
   EMILY SAUVAGEAU
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:25-cr-00066-JAM

12            Plaintiff,          **FIRST STIPULATION AND ORDER TO
                                  CONTINUE STATUS CONFERENCE AND**
13            v.                  **EXCLUDE TIME**

14  BRADLEY GOMEZ,

15            Defendant.

16

17                    **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant Bradley

19  Gomez, by and through his counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for a status conference on May 13, 2025.

21        2.    By this stipulation, the parties now move to continue the status conference to **July 15,**

22  **2025, at 09:00 a.m.**

23        3.    The government produced initial discovery on March 21, 2025. On April 11, 2025, the

24  government produced an additional 2,159 pages of discovery; approximately half of which is Protected

25  Material and was provided to the defense per the Protective Order in this case. *See* ECF No. 20.

26        4.    Defense counsel needs time to review the additional discovery, review with his client,

27  and otherwise prepare for trial.

28        5.    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

STIPULATION RE CONTINUANCE OF STATUS          1

1  excluded of this order's date through and including July 15, 2025; pursuant to 18 U.S.C. §3161

2  (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4, for defense trial preparation.

3        6.        Both parties agree that the ends of justice served by the Court granting this continuance

4  outweigh the best interests of the public and the defendant in a speedy trial.

5

6        IT IS SO STIPULATED.

7

8

9   Dated:  April 25, 2025                          MICHELE BECKWITH
                                                     Acting United States Attorney
10

11                                                  /s/ *NICOLE VANEK*
                                                     NICOLE VANEK
12                                                  Assistant United States Attorney

13

14  Dated:  April 25, 2025                          /s/ *ETAN ZAITSU*
                                                     ETAN ZAITSU
15                                                  Counsel for Defendant
                                                     BRADLEY GOMEZ
16

17

18

19                            **ORDER**

20        IT IS ORDERED.

21

22  Dated: April 28, 2025                           /s/ John A. Mendez

                                                     THE HONORABLE JOHN A. MENDEZ
23                                                  SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION RE CONTINUANCE OF STATUS                    2