Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
BRADLEY GOMEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>BRADLEY GOMEZ,<br><br>      Defendant. | Case No.: 2:25-cr-00066-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

**STIPULATION**

Defendant Bradley Gomez, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for July 15, 2025, be continued to October 21, 2025 at 9:00am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the October 21, 2025 date.

In support of this stipulation, the parties request that the Court find the following:

1. By previous stipulation and order, the Status Conference in this matter was set for July 15, 2025.
2. To date, defense counsel has received 35 GB of data; 3500 individual documents; and many hours of recordings.

1

Stipulation and Order for Continuance

3. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

4. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from July 15, 2025 to October 21, 2025, inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4) upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 7, 2025                              /s/ETAN ZAITSU
                                                 ETAN ZAITSU
                                                 Counsel for Defendant
                                                 BRADLEY GOMEZ

Dated: July 7, 2025                              MICHELE BECKWITH
                                                 Acting United States Attorney

                                                  /s/ NICOLE VANEK
                                                 NICOLE VANEK
                                                 Assistant United States Attorney

Stipulation and Order for Continuance

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for July 15, 2025, is hereby **CONTINUED** to **October 21, 2025, at 9:00 a.m.** It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), Local Code T4 as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 07, 2025                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE

3

Stipulation and Order for Continuance