Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
BRADLEY GOMEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRADLEY GOMEZ,<br><br>　　　　　　　　Defendant. | Case No.: 2:25-cr-00066 JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

**STIPULATION**

Defendant Bradley Gomez, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for October 21, 2025 be continued to January 27, 2026 at 9:00am, or soon thereafter as the Court is available. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the January 27, 2026 date.

In support of this stipulation, the parties request that the Court find the following:

1. By previous stipulation and order, the Status Conference in this matter was set for October 21, 2025.
2. To date, defense counsel has received 35 GB of data; 3500 individual documents;

1

**Stipulation and Order for Continuance**

and many hours of recordings.

3. The government has made a plea offer and estimates that the defendant's Guideline range is 360-life. Consistent with the dates of this stipulation, the government has agreed to extend the expiration date of the plea offer to one week prior to the next status conference.

4. Counsel represents that he has reviewed the plea offer with the defendant but requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.  Counsel for the defendant also seeks additional time to research and determine the extent of any potential constitutional violations as a result of the Republican-led Congress' failure to compensate CJA attorneys over the last four months. Counsel for the defendant continues to be without fair compensation for any CJA appointment, and it is unclear when payments will return.

5. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from October 21, 2025, through January 27, 2026 inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4) upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  October 16, 2025                                    s/ ETAN ZAITSU
                                                            Counsel for the Defendant
                                                            BRADLEY GOMEZ

2

**Stipulation and Order for Continuance**

Dated: October 16, 2025

ERIC GRANT
United States Attorney

/s/ NICOLE VANEK
NICOLE VANEK
Assistant United States Attorney

## ORDER

Based on the stipulation of the parties, the October 21, 2025 **status conference** is **VACATED** and **RESET** for **Tuesday, January 27, 2026, at 9:00 a.m.** It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), Local Code T4 as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ODERED.

Dated: October 17, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order for Continuance**