Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
BRADLEY GOMEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>BRADLEY GOMEZ,<br><br><br>                              Defendant. | Case No.:  2:25-cr-00066-JAM<br><br>**FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

### STIPULATION

Defendant Bradley Gomez, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for January 27, 2026, be continued to March 10, 2026 at 9:00am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the March 10, 2026 date.

In support of this stipulation, the parties request that the Court find the following:

1. By previous stipulation and order, the Status Conference in this matter was set for January 27, 2026.

2. The defendant is currently housed at the Taft Correctional Facility in Taft, Ca.

3. A plea offer has been made.

1

**Stipulation and Order for Continuance**

4. At this time, counsel for the defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

5. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from January 27, 2026 to March 10, 2026, inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4) upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  January 15, 2026                          /s/ETAN ZAITSU

                                                   ETAN ZAITSU
                                                   Counsel for Defendant
                                                   BRADLEY GOMEZ

Dated:  January 15, 2026                          ERIC GRANT
                                                   United States Attorney


                                                   /s/ NICOLE VANEK
                                                   NICOLE VANEK
                                                   Assistant United States Attorney

**Stipulation and Order for Continuance**

**ORDER**

Based on the stipulation of the parties, the status conference currently scheduled for January 27, 2026, is hereby **CONTINUED** to **March 10, 2026, at 9:00 a.m.**  It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), Local Code T4 as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated:  January 16, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order for Continuance**